**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TROY GAVIN,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **EATON AEROQUIP INC SHORT TERM** | **NO.  23-433** |
| **DISABILITY PLAN,** | |
| **Defendant.** | |

## <u>O R D E R</u>

**AND NOW**, this 22nd day of May, 2025, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 14) and the responses thereto (ECF Nos. 29, 30), **IT IS ORDERED** that the Motion is **DENIED.**

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**